UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FERNANDO FORNELLI,** | § § § | |
| *Plaintiff,* | § | |
| v. | § § | EP-20-CV-00051-DCG |
| **I.Q. DATA INTERNATIONAL, INC.** | § § | |
| *Defendant.* | § § | |

## ORDER TO RETAIN LOCAL COUNSEL

On this day, the Court *sua sponte* considered the above-captioned cause. Local Rule AT-2 states:

> A judge presiding has discretion to require, upon notice, that an attorney who resides outside the district designate as local counsel an attorney who is licensed in this court and maintains a law office in this district. Local counsel must have authority to act as attorney of record for all purposes, and must be prepared to present and argue the party's position at any hearing or status conference called.

The Court finds that Plaintiff Fernando Fornelli who does not have local co-counsel for this action, should retain one in compliance with Local Rule AT-2.

Accordingly, **IT IS ORDERED** that Defendants Schneider Electric Buildings Americas, Inc. and Schneider Electric USA, Inc. **SHALL RETAIN** local counsel as soon as possible, but in no event later than **March 24, 2020.**

So ORDERED and SIGNED this 25th day of February 2020.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE